183 So.2d 321

Ilsia ELLIS, wife of/and Wilfred
E. RAGGETTE

v.

SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY et al.

No. 47935.

Feb. 23, 1966.

Earl H. Willis, St. Martinsville, for applicant.

Helm, Simon, Caffery & Duhe, Patrick T. Caffery, New Iberia, for respondent.

HAMLIN, Justice.

This is a companion case with Brown, et al. v. Southern Farm Bureau·Casualty Insurance Company, et al., La., 183 So.2d 313, decided this date, February 23, 1966. For the reasons set forth therein, the judgment of the Court of·Appeal, Third·Circuit, 177 So.2d 603, is reversed and set aside. The cause is remanded to the district court for further proceedings according to law and consistent with the views therein expressed. Costs to await the final determination of this cause.